FILED

08/07/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0135

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 23-0135

ISAAC DUPUIS,

      Plaintiff and Appellant,

  v.

STATE OF MONTANA DEPARTMENT OF           O R D E R
LABOR,
UNEMPLOYMENT INSURANCE DIVISION;
UNEMPLOYMENT INSURANCE APPEALS
BOARD,

      Defendants AND Appellees.

This Court reviews briefs to ensure compliance with the Montana Rules of Appellate Procedure. After reviewing the Appellee's Response brief filed electronically on August 7, 2023, this Court has determined that the brief does not comply with the below-referenced Rule.

M. R. App. P. 12(1)(d) requires that a principal brief contain a statement of the facts relevant to the issues presented for review, "with references to the pages or the parts of the record at which material facts appear." While M. R. App. P. 12(1)(i) requires that only the Appellant's brief contain an appendix, Appellee's brief cites to an appendix ("App.") that is not part of the record or filings on appeal. Appellee's Response brief must therefore contain the referenced appendix, or must cite directly to the record on appeal.

Therefore,

IT IS ORDERED that the referenced brief is accepted for filing, but within ten (10) days of the date of this Order the Appellee shall electronically file with the Clerk of this Court the cited-to/referenced Appellee's appendix and serve copies of the appendix on all parties of record;

IT IS FURTHER ORDERED that no changes, additions, or deletions other than

those specified in this Order may be made to the brief as originally filed; and

IT IS FURTHER ORDERED that the times for any subsequent briefing contained in M. R. App. P. 13 shall run from the date of filing of the revised brief.

The Clerk is directed to provide a true copy of this Order to the Appellee and to all parties of record.

Electronically signed by:
Dirk Sandefur
Justice, Montana Supreme Court
August 7 2023